Chandran B. Iyer, Sughrue Mion, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037; telephone 202.663.7466

FILED
08 JUN -2 PM 1: 22

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Girafa.com, Inc.,

        Plaintiff(s),

v.

Alexa Internet, Inc.; Niall O'Driscoll,

        Defendant(s).

CASE NO. CV 08.2745 JCS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Chandran B. Iyer, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Girafa.com, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
John B. Scherling, Sughrue Mion, PLLC, 501 West Broadway, Suite 1600 San Diego, California 92101; telephone 619.238.3545.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 19, 2008

Chandran B. Iyer

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611019737
Cashier ID: bucklem
Transaction Date: 06/02/2008
Payer Name: wheels of justice
--------------------------------
PRO HAC VICE
 For: chandran b iyer
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: carl j pellegrini
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: john f rabena
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: william t mandir
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: trevor c hill
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
--------------------------------
CHECK
 Check/Money Order Num: 10760
 Amt Tendered: $1,050.00
--------------------------------
Total Due:      $1,050.00
Total Tendered: $1,050.00
Change Amt:         $0.00

c08-2745jcs


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```