UNITED STATES DISTRICT COURT

Northern District of California

Girafa.com, Inc.,

CASE NO. CV 08.2745 JCS

Plaintiff(s),

v.

Alexa Internet, Inc.; Niall O'Driscoll,

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Defendant(s).
_____/

Chandran B. Iyer , an active member in good standing of the bar of the State of New York whose business address and telephone number (particular court to which applicant is admitted) is

Sughrue Mion, PLLC, 2100 Pennsylvania Avenue, N.W., Washington, District of Columbia 20037; telephone 202.663.7466

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Girafa.com, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6/3/64

United States Magistrate Judge

**FILED**
JUN 0 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA