UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| Girafa.com, Inc., | |
| | CASE NO. C 08-2745 JCS |
| Plaintiff(s), | (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| Alexa Internet, Inc.; Niall O'Driscoll | |
| Defendant(s). | |

**FILED JUN 0 3 2008** RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Carl J. Pellegrini ☐, an active member in good standing of the bar of the District of Columbia ☐ whose business address and telephone number (particular court to which applicant is admitted) is

Sughrue Mion, PLLC, 2100 Pennsylvania Avenue, N.W., Washington, D.C. 20037; telephone number 202.663.7485

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Girafa.com, Inc. ☐.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6/3/04

_____
United States Magistrate Judge