UNITED STATES DISTRICT COURT

Northern District of California

**FILED**
JUN 0 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Girafa.com, Inc.,

CASE NO. CV 08.2745 JCS

Plaintiff(s),

v.

Alexa Internet, Inc.; Niall O'Driscoll,

Defendant(s).

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

William H. Mandir ☒ , an active member in good standing of the bar of the District of Columbia ☒ whose business address and telephone number (particular court to which applicant is admitted) is

Sughrue Mion, PLLC, 2100 Pennsylvania Avenue, N.W., Washington, D.C. 20037; telephone number 202.663.7959

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Girafa.com, Inc. ☒ .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6/3/04

_____
United States Magistrate Judge