**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

————————

www.cand.uscourts.gov

Richard W. Wieking                                                                    General Court Number

Clerk                                                                                            415.522.2000

**June 17, 2008**

**CASE NUMBER:  CV 08-02745 JCS**

**CASE TITLE:  GIRAFA.COM-v-ALEXA INTERNET INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable Ronald M. Whyte** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RMW (RS)**

immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 6/17/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                       Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                         Special Projects

Log Book Noted                                               Entered in Computer 6/17/08 ha

CASE SYSTEMS ADMINISTRATOR:

Copies to:  All Counsel                                     Transferor CSA