IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIRAFA.COM,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEXA INTERNET, INC., et al.,<br><br>    Defendant. | ***E-FILED - 6/26/08***<br><br>CASE NO.: C-08-02745-RMW<br><br>**CLERK'S NOTICE OF SETTING CASE MANAGEMENT CONFERENCE** |

    PLEASE TAKE NOTICE that a Case Management Conference has been scheduled for **September 12, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to file a revised Joint Case Management Statement by September 5, 2008.

    If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: June 26, 2008

BY: _/s/ Jackie Garcia_
      JACKIE GARCIA
      Courtroom Deputy for
      Honorable Ronald M. Whyte

| | |
|---|---|
| 1 | |
| 2 | Copy of Order E-Filed to Counsel of Record: |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |