1  ELIZABETH DAY, Bar No. 177125
   elizabeth.day@dlapiper.com
2  GREGORY J. LUNDELL, Bar No. 234941
   greg.lundell@dlapiper.com
3  DLA PIPER US LLP
   2000 University Avenue
4  East Palo Alto, California 94303-2214
   Tel: 650.833.2000
5  Fax: 650.833.2001

6  JOHN R. HURLEY, Bar No. 203641
   john.hurley@dlapiper.com
7  DLA PIPER US LLP
   153 Townsend Street, Suite 800
8  San Francisco, CA 94107-1957
   Tel: 415.836.2500
9  Fax: 415.836.2501

10 THOMAS G. PASTERNAK, Bar No. 06207512
   (pro hac vice pending)
11 thomas.pasternak@dlapiper.com
   R. DAVID DONOGHUE, Bar No. 06273840 (pro
12 hac vice pending)
   david.donoghue@dlapiper.com
13 DLA PIPER US LLP
   203 North LaSalle Street, Suite 1400
14 Chicago, IL 60601-1293
   Tel: 312.368.4000
15 Fax: 312.236.7516

16
   Attorneys for Defendants
17 ALEXA INTERNET, INC. and NIALL
   O'DRISCOLL
18

19              UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21                    SAN JOSE DIVISION

22
   GIRAFA.COM, INC.,,                CASE NO. C-08-02745 RMW
23
             Plaintiff,              **NOTICE OF APPEARANCE OF**
24                                   **ELIZABETH DAY**
        v.
25
   ALEXA INTERNET, INC.; NIALL
26 O'DRISCOLL,

27           Defendants.

28

DLA PIPER US LLP
EAST PALO ALTO

WEST\21464708.1
357317-000011

- 1 -

NOTICE OF APPEARANCE OF ELIZABETH DAY
CASE NO. C-08-02745-RMW

PLEASE TAKE NOTICE that Elizabeth Day of **DLA PIPER US LLP** hereby enters an appearance as counsel for defendants ALEXA INTERNET, INC. and NIALL O'DRISCOLL and requests to be added to the service list.

Dated: July 8, 2008

DLA PIPER US LLP

By /s/ Elizabeth Day
ELIZABETH DAY

Attorneys for Defendants
ALEXA INTERNET, INC. and NIALL O'DRISCOLL

DLA PIPER US LLP
EAST PALO ALTO

WEST\21464708.1
357317-000011

- 2 -

NOTICE OF APPEARANCE OF ELIZABETH DAY
CASE NO. C-08-02745-RMW