1  ELIZABETH DAY, Bar No. 177125
   elizabeth.day@dlapiper.com
2  GREGORY J. LUNDELL, Bar No. 234941
   greg.lundell@dlapiper.com
3  DLA PIPER US LLP
   2000 University Avenue
4  East Palo Alto, California 94303-2214
   Tel: 650.833.2000
5  Fax: 650.833.2001

6  JOHN R. HURLEY, Bar No. 203641
   john.hurley@dlapiper.com
7  DLA PIPER US LLP
   153 Townsend Street, Suite 800
8  San Francisco, CA 94107-1957
   Tel: 415.836.2500
9  Fax: 415.836.2501

10 THOMAS G. PASTERNAK, Bar No. 06207512
   (pro hac vice pending)
11 thomas.pasternak@dlapiper.com
   R. DAVID DONOGHUE, Bar No. 06273840 (pro
12 hac vice pending)
   david.donoghue@dlapiper.com
13 DLA PIPER US LLP
   203 North LaSalle Street, Suite 1400
14 Chicago, IL 60601-1293
   Tel: 312.368.4000
15 Fax: 312.236.7516

16
   Attorneys for Defendants
17 ALEXA INTERNET, INC. and NIALL
   O'DRISCOLL
18

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21                            SAN JOSE DIVISION

22

23 GIRAFA.COM, INC.,,                    CASE NO. C-08-02745 RMW

24         Plaintiff,                    **DEFENDANTS' STATEMENT IN RESPONSE TO NOTICE OF PENDENCY OF OTHER ACTION**
25     v.                                **[LOCAL RULE 3-13(C)]**

26 ALEXA INTERNET, INC.; NIALL
   O'DRISCOLL,
27
           Defendants.
28

DLA PIPER US LLP
EAST PALO ALTO

WEST\21460019.1
357317-000011
- 1 -
DEFENDANTS' STATEMENT IN RESPONSE TO NOTICE OF PENDENCY OF OTHER ACTION, CASE NO. C-08-02745-RMW

1   Pursuant to Local Rule 3-13 (c), Defendants Alexa Internet, Inc. ("Alexa") and Niall
2   O'Driscoll ("O'Driscoll") hereby file this statement opposing, in part, the Notice of Pendency of
3   Other Action filed by Plaintiff Girafa.com, Inc. on June 30, 2008.

4   **IDENTIFICATION OF OTHER ACTION OR PROCEEDING**

5   Alexa and O'Driscoll do not object to Plaintiff's characterization of the action Alexa
6   commenced in Texas (the "Texas Action").

7   **RELATIONSHIP OF OTHER ACTION OR PROCEEDING**

8   Alexa and O'Driscoll do not object to Plaintiff's characterization of Plaintiff's claims
9   asserted in this action.

10   **DISTRICT TRANSFER UNDER 28 U.S.C. §1407**

11   Alexa and O'Driscoll oppose Plaintiff's request that the Texas Action be transferred to
12   this district for pretrial proceedings for several reasons.  First, Alexa has opposed Plaintiff's
13   Motion to Transfer the Texas Action, a copy of which is attached hereto as Exhibit 1.  In addition,
14   and with respect to Plaintiff's third claim that Alexa and O'Driscoll have engaged in unfair
15   competition under California Business & Professions Code §§ 17200 et. seq. by filing the Texas
16   Action, this claim should be dismissed under Fed. R. Civ. Pro. 12(b)(6) for failure to state a claim
17   on which relief can be granted or, in the alternative, stricken pursuant to California Code of Civil
18   Procedure section 425.16.  After this third count is dismissed, Plaintiff's declaratory relief claims
19   of non-infringement and invalidity of the '548 patent are simply counterclaims that can and
20   should be asserted in the Texas Action, and Alexa intends to file a motion to transfer the claims
21   pending in this district to the Eastern District of Texas for consolidation in the Texas Action.

22   Dated:  July 8, 2008
                                            DLA PIPER US LLP
23

24                                          By   /s/ Elizabeth Day
                                                ELIZABETH DAY
25
                                            Attorneys for Defendants
26                                          ALEXA INTERNET, INC. and NIALL
                                            O'DRISCOLL
27

28