ELIZABETH DAY, Bar No. 177125
elizabeth.day@dlapiper.com
GREGORY J. LUNDELL, Bar No. 234941
greg.lundell@dlapiper.com
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, California 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

JOHN R. HURLEY, Bar No. 203641
john.hurley@dlapiper.com
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA  94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

THOMAS G. PASTERNAK, Bar No. 06207512
(pro hac vice pending)
thomas.pasternak@dlapiper.com
R. DAVID DONOGHUE, Bar No. 06273840 (pro hac vice pending)
david.donoghue@dlapiper.com
DLA PIPER US LLP
203 North LaSalle Street, Suite 1400
Chicago, IL 60601-1293
Tel: 312.368.4000
Fax: 312.236.7516

Attorneys for Defendants
ALEXA INTERNET, INC. and NIALL O'DRISCOLL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GIRAFA.COM, INC.,,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEXA INTERNET, INC.; NIALL O'DRISCOLL,<br><br>　　　　Defendants. | CASE NO.  C-08-02745 RMW<br><br>**NOTICE OF APPEARANCE OF GREGORY J. LUNDELL** |

DLA PIPER US LLP
EAST PALO ALTO

WEST\21464695.1
357317-000011

- 1 -
NOTICE OF APPEARANCE OF GREGORY J. LUNDELL
CASE NO. C-08-02745-RMW

1    PLEASE TAKE NOTICE that Gregory J. Lundell of **DLA PIPER US LLP** hereby enters

2 an appearance as counsel for defendants ALEXA INTERNET, INC. and NIALL O'DRISCOLL

3 and requests to be added to the service list.

4 Dated:  July 8, 2008

DLA PIPER US LLP

By   /s/ Gregory J. Lundell
       GREGORY J. LUNDELL

Attorneys for Defendants
ALEXA INTERNET, INC. and NIALL
O'DRISCOLL

DLA PIPER US LLP
EAST PALO ALTO

WEST\21464695.1
357317-000011

- 2 -
NOTICE OF APPERANCE OF GREGORY J. LUNDELL
CASE NO. C-08-02745-RMW