Thomas G. Pasternak, DLA Piper US LLP, 203 North LaSalle Street, Suite 1400, Chicago, IL 60601-1293, (312) 368-4065

**Clerk's Use Only**

Initial for fee pd.:

**FILED**
2008 JUL -7 P 2: 24
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Girafa.com, Inc.

        Plaintiff(s),

v.

Alexa Internet, Inc. and Niall O'Driscoll

        Defendant(s).

CASE NO. CV 08-02745 RMW

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Thomas G. Pasternak , an active member in good standing of the bar of Illinois , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Elizabeth Day, DLA Piper US LLP,
2000 University Avenue, East Palo Alto, CA 94303-2214

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 2, 2008