1  ELIZABETH DAY, Bar No. 177125
   elizabeth.day@dlapiper.com
2  GREGORY J. LUNDELL, Bar No. 234941
   greg.lundell@dlapiper.com
3  DLA PIPER US LLP
   2000 University Avenue
4  East Palo Alto, California 94303-2214
   Tel: 650.833.2000
5  Fax: 650.833.2001

6  JOHN R. HURLEY, Bar No. 203641
   john.hurley@dlapiper.com
7  DLA PIPER US LLP
   153 Townsend Street, Suite 800
8  San Francisco, CA 94107-1957
   Tel: 415.836.2500
9  Fax: 415.836.2501

10 THOMAS G. PASTERNAK, Bar No. 06207512
   (pro hac vice pending)
11 thomas.pasternak@dlapiper.com
   R. DAVID DONOGHUE, Bar No. 06273840 (pro
12 hac vice pending)
   david.donoghue@dlapiper.com
13 DLA PIPER US LLP
   203 North LaSalle Street, Suite 1400
14 Chicago, IL 60601-1293
   Tel: 312.368.4000
15 Fax: 312.236.7516

16
   Attorneys for Defendants
17 ALEXA INTERNET, INC. and NIALL
   O'DRISCOLL

18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GIRAFA.COM, INC., | CASE NO. CV 08-2745 RMW |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS, TRANSFER OR STAY** |
| v. | |
| ALEXA INTERNET, INC.; NIALL O'DRISCOLL | Date: September 5, 2008<br>Time: 9:00 a.m.<br>Dept.: 6, 4th Floor<br>Judge: Honorable Ronald M. Whyte |
| Defendants. | |

-- 1 --

DLA PIPER US LLP
SAN FRANCISCO

WEST\21468331.1
357317-000011

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS,
TRANSFER OR STAY, CV-08-2745 RMW

1  Defendants Alexa Internet, Inc. and Niall O'Driscoll's ("Defendants") Motion to Dismiss, Transfer or Stay Plaintiff's First and Second Claims for Declaratory Relief having been fully considered along with Plaintiff Girafa.com, Inc.'s ("Plaintiff") briefing and the evidence before the Court;

THE COURT HEREBY FINDS THAT:

1) Alexa Internet, Inc. ("Alexa") filed a Complaint for the infringement of U.S. Patent No. 6,282,548 in the Eastern District of Texas, Marshall Division on March 21, 2008 (the "Texas Action");

2) Alexa's Complaint for patent infringement in the Texas Action was filed before Girafa filed its Complaint in the above-captioned case;

3) Girafa's First and Second Claims for Declaratory Relief present identical issues as the issues in the Texas Action;

4) Girafa and Alexa are parties to both the above-captioned case and to the Texas Action;

5) The "First-to-File" rule applies to Girafa's First and Second Claims without any exception; and

6) The Eastern District of Texas presents a convenient forum for Alexa and Girafa to litigate Alexa's claims for patent infringement and Girafa's request for Declaratory Relief.

**IT IS HEREBY ORDERED THAT** Defendants' Motion to Dismiss Plaintiff's First and Second Claims in the above-captioned case is GRANTED without leave to amend.

**IT IS SO ORDERED**.

Dated: September _____, 2008

RONALD M. WHYTE
United States District Judge