ELIZABETH DAY, Bar No. 177125
elizabeth.day@dlapiper.com
GREGORY J. LUNDELL, Bar No. 234941
greg.lundell@dlapiper.com
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, California 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

JOHN R. HURLEY, Bar No. 203641
john.hurley@dlapiper.com
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

THOMAS G. PASTERNAK (pro hac vice pending)
thomas.pasternak@dlapiper.com
R. DAVID DONOGHUE, (pro hac vice pending)
david.donoghue@dlapiper.com
DLA PIPER US LLP
203 North LaSalle Street, Suite 1400
Chicago, IL 60601-1293
Tel: 312.368.4000
Fax: 312.236.7516

Attorneys for Defendants
ALEXA INTERNET, INC. and NIALL O'DRISCOLL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GIRAFA.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALEXA INTERNET, INC.; NIALL O'DRISCOLL, <br><br> Defendants. | CASE NO. CV 08-02745 RMW <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' SPECIAL MOTION TO STRIKE PLAINTIFF'S THIRD CLAIM FOR RELIEF** <br><br> Date: September 5, 2008 <br> Time: 9:00 a.m. <br> Dept.: 6, 4th Floor <br> Judge: Honorable Ronald M. Whyte |

DLA PIPER US LLP
SAN FRANCISCO

WEST\21467979.1
357317-000011

-- 1 --
[PROPOSED] ORDER GRANTING DEFENDANTS' SPECIAL MOTION TO STRIKE PLAINTIFF'S THIRD CLAIM FOR RELIEF; CV 08-2745 RMW

Defendants Alexa Internet, Inc. and Niall O'Driscoll's ("Defendants") Special Motion to Strike Plaintiff's Third Claim for Relief having been fully considered along with Plaintiff Girafa.com, Inc.'s ("Plaintiff") briefing and the evidence before the Court;

THE COURT HEREBY FINDS THAT:

1) Plaintiff brought its Third Claim for Relief in response only to Alexa Internet, Inc.'s patent infringement lawsuit that is pending in the Eastern District of Texas; and

2) Plaintiff is unable to show that its Third Claim for Relief has any probability of success on the merits.

**IT IS HEREBY ORDERED THAT** Defendants' Special Motion to Strike Plaintiff's Third Claim for Relief is GRANTED.

**IT IS FURTHER ORDERED THAT:**

1) Plaintiff's Third Claim for Relief in the above-captioned case be stricken without leave to amend; and

2) Defendants are entitled to their reasonable attorneys' fees as authorized by Cal. Code of Civ. Pro. § 425.16(c).

**IT IS SO ORDERED.**

Dated: September _____, 2008

_____
RONALD M. WHYTE
United States District Judge

DLA PIPER US LLP
SAN FRANCISCO

WEST\21467979.1
357317-000011

-- 2 --
[PROPOSED] ORDER GRANTING DEFENDANTS' SPECIAL MOTION TO STRIKE PLAINTIFF'S THIRD CLAIM FOR RELIEF; CV 08-2745 RMW