1  ELIZABETH DAY, Bar No. 177125
   elizabeth.day@dlapiper.com
2  GREGORY J. LUNDELL, Bar No. 234941
   greg.lundell@dlapiper.com
3  DLA PIPER US LLP
   2000 University Avenue
4  East Palo Alto, California 94303-2214
   Tel: 650.833.2000
5  Fax: 650.833.2001

6  JOHN R. HURLEY, Bar No. 203641
   john.hurley@dlapiper.com
7  DLA PIPER US LLP
   153 Townsend Street, Suite 800
8  San Francisco, CA 94107-1957
   Tel: 415.836.2500
9  Fax: 415.836.2501

10 THOMAS G. PASTERNAK (pro hac vice pending)
   thomas.pasternak@dlapiper.com
11 R. DAVID DONOGHUE, (pro hac vice pending)
   david.donoghue@dlapiper.com
12 DLA PIPER US LLP
   203 North LaSalle Street, Suite 1400
13 Chicago, IL 60601-1293
   Tel: 312.368.4000
14 Fax: 312.236.7516

15 Attorneys for Defendants
   ALEXA INTERNET, INC. and NIALL
16 O'DRISCOLL

17

UNITED STATES DISTRICT COURT

18

NORTHERN DISTRICT OF CALIFORNIA

19

SAN JOSE DIVISION

20

| 21 | GIRAFA.COM, INC., | CASE NO. CV 08-02745 RMW |
|---|---|---|
| 22 | Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S THIRD CLAIM FOR RELIEF UNDER FED. R. CIV. P. 12(b)(6)** |
| 23 | v. | |
| 24 | ALEXA INTERNET, INC.; NIALL O'DRISCOLL, | |
| 25 | | Date: September 5, 2008<br>Time: 9:00 a.m. |
| 26 | Defendants. | Dept.: 6, 4th Floor<br>Judge: Honorable Ronald M. Whyte |

27

28

DLA PIPER US LLP
SAN FRANCISCO

WEST\21468019.1
357317-000011

-- 1 --
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S THIRD CLAIM FOR RELIEF UNDER FRCP 12(b)(6); CV 08-2745 RMW

1  Defendants Alexa Internet, Inc. and Niall O'Driscoll's ("Defendants") Motion to Dismiss
2  Plaintiff's Third Claim for Relief Under Fed. R. Civ. P. 12(b)(6) having been fully considered
3  along with Plaintiff Girafa.com, Inc.'s ("Plaintiff") briefing and the evidence before the Court;
4  THE COURT HEREBY FINDS THAT:
5  1)  Plaintiff brought its Third Claim for Relief as a collateral attack on Alexa Internet,
6  Inc.'s patent infringement lawsuit that is pending in the Eastern District of Texas;
7  2)  Plaintiff is unable to show that:
8  (i.)  Alexa violated any law or statute;
9  (ii.)  Alexa's conduct threatens to harm competition; or
10  (iii.)  Alexa engaged in misleading conduct or that Girafa acted in reliance on
11  such misleading conduct; and
12  3)  Plaintiff's Third Claim for Relief cannot, as a matter of law, state a claim for
13  which relief can be granted.
14  **IT IS HEREBY ORDERED THAT** Defendants' Motion to Dismiss is GRANTED
15  without leave to amend.

17  **IT IS SO ORDERED.**

20  Dated:  September _____, 2008

RONALD M. WHYTE
United States District Judge

DLA PIPER US LLP
SAN FRANCISCO

WEST\21468019.1
357317-000011

-- 2 --
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S THIRD CLAIM FOR RELIEF UNDER FRCP 12(b)(6); CV 08-2745 RMW