RECEIVED

2008 JUL -7 PM 2:24

UNITED STATES DISTRICT COURT

RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

Northern District of California

*E-FILED - 7/24/08*

Girafa.com, Inc.

                              Plaintiff(s),

v.

Alexa Internet, Inc. and Niall O'Driscoll

                              Defendant(s).

CASE NO. CV 08-02745 RMW

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Thomas G. Pasternak, an active member in good standing of the bar of Illinois whose business address and telephone number (particular court to which applicant is admitted) is

DLA Piper US LLP, 203 North LaSalle Street, Suite 1400
Chicago, IL 60601-1293, (312) 368-4065

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 2, 2008

    24

*Ronald M. Whyte*
United States District   Judge