*E-FILED - 7/24/08*

RECEIVED

2008 JUL -7 PH 2: 25

UNITED STATES DISTRICT COURT

Northern District of California

RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

Girafa.com, Inc.

Plaintiff(s),

v.

Alexa Internet, Inc. and Niall O'Driscoll

Defendant(s).

CASE NO.  CV 08-02745 RMW

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

R. David Donoghue                         , an active member in good standing of the bar of

Illinois ·                                   whose business address and telephone number

(particular court to which applicant is admitted)

is

DLA Piper US LLP, 203 North LaSalle Street, Suite 1400
Chicago, IL 60601-1293, (312) 368-3972

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated: July 2, 2008

24

*Ronald M. Whyte*

United States District    Judge

UNITED STATES DISTRICT COURT
For the Northern District of California