1  John B. Scherling (SBN 122234)
   Scott H. Davison (SBN 228807)
2  SUGHRUE MION, PLLC
   501 West Broadway, Suite 1600
3  San Diego, California 92101-3595
   Telephone:  619.238.3545
4  Facsimile:  619.238.4931
   jscherling@sughrue.com
5  sdavison@sughrue.com

6  William H. Mandir (admitted *pro hac vice*)
   John F. Rabena (admitted *pro hac vice*)
7  Carl J. Pellegrini (admitted *pro hac vice*)
   Chandran B. Iyer (admitted *pro hac vice*)
8  SUGHRUE MION, PLLC
   2100 Pennsylvania Avenue, N.W.
9  Washington, D.C. 20037
10 Telephone:  202.293.7060
   Facsimile:  202.293.7860
11 wmandir@sughrue.com
   jrabena@sughrue.com
12 cpellegrini@sughrue.com
   cbiyer@sughrue.com
13

14 Attorneys for Plaintiff
   GIRAFA.COM, INC.
15

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18                              **SAN JOSE DIVISION**

19 | GIRAFA.COM, INC., | Case No.: 08-2745 RMW (RS) |
20 | Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO FILE EXHIBITS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** |
21 | v. | |
22 | ALEXA INTERNET, INC.; NIALL O'DRISCOLL, | |
23 | Defendants. | Date:       September 5, 2008
                   Time:       9:00 a.m.
                   Courtroom:  6, 4th Floor
                   Judge:      Hon. Ronald M. Whyte |

1   PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5, Girafa.com, Inc.
2   ("Girafa") requests an Order sealing two exhibits:  **(1)** Exhibit C (the March 7, 2008 Declaration of
3   Shirli Ran in Support of Plaintiff Girafa.com, Inc.'s Motion for Preliminary Injunction in District of
4   Delaware Case No. 07-787-SLR) to the contemporaneously-filed Declaration of John B. Scherling in
5   Support of Plaintiff's Oppositions to Defendants' (1) Motion to Dismiss Plaintiff's Third Claim for
6   Relief Under Fed. R. Civ. P. 12(b)(6), (2) Special Motion to Strike Plaintiff's Third Claim for Relief
7   and (3) Motion to Dismiss, Transfer or Stay; and **(2)** Exhibit L (the March 12, 2008 Declaration of
8   Dr. Brad Myers in District of Delaware Case No. 07-787-SLR) to the contemporaneously-filed
9   Declaration of John B. Scherling in Support of Plaintiff's Oppositions to Defendants' (1) Motion to
10  Dismiss Plaintiff's Third Claim for Relief Under Fed. R. Civ. P. 12(b)(6), (2) Special Motion to
11  Strike Plaintiff's Third Claim for Relief and (3) Motion to Dismiss, Transfer or Stay.

12  This motion is based on the accompanying Declaration of John B. Scherling in Support of
13  Girafa's Motion to File Exhibits Under Seal Pursuant to Civil Local Rule 79-5.  As set forth in that
14  Declaration, the above listed exhibits, previously filed under seal in Support of Plaintiff Girafa.com,
15  Inc.'s Motion for Preliminary Injunction in *Girafa.com, Inc. v. Amazon Web Services, LLC, et al.*,
16  District of Delaware Case No. 07-787-SLR, contain confidential information of Girafa.

17  "Protective orders and filings under seal are the primary means by which the courts ensure
18  full disclosure of relevant information, while still preserving the parties' (and third parties')
19  legitimate expectation that confidential business information, proprietary technology and trade
20  secrets will not be publicly disseminated." *In re Adobe Sys., Inc. Secs. Litig.,* 141 F.R.D. 155, 161-
21  62 (N.D. Cal. 1992).

1  Girafa.com, Inc. respectfully seeks to file with the Court under seal the above-referenced
2  exhibits to preserve Girafa's legitimate expectation that its confidential business information will not
3  be disclosed publicly.

5  DATED:  August 15, 2008                     SUGHRUE MION, PLLC

7                                              By:    s/ *John B. Scherling*
8                                                     John B. Scherling
                                                      Scott H. Davison
9                                                     101 West Broadway, Suite 1600
                                                      San Diego, CA 92101
10
                                                      William H. Mandir (admitted *pro hac vice*)
11                                                    John F. Rabena (admitted *pro hac vice*)
                                                      Carl Pellegrini (admitted *pro hac vice*)
12                                                    Chandran B. Iyer (admitted *pro hac vice*)
                                                      2100 Pennsylvania Avenue, N.W.
13                                                    Washington, D.C. 20037

                                                      Attorneys for Plaintiff
15                                                    GIRAFA.COM, INC.