1  John B. Scherling (SBN 122234)
   Scott H. Davison (SBN 228807)
2  SUGHRUE MION, PLLC
   501 West Broadway, Suite 1600
3  San Diego, California 92101-3595
   Telephone: 619.238.3545
4  Facsimile: 619.238.4931
   jscherling@sughrue.com
5  sdavison@sughrue.com

6  William H. Mandir (admitted *pro hac vice*)
   John F. Rabena (admitted *pro hac vice*)
7  Carl J. Pellegrini (admitted *pro hac vice*)
   Chandran B. Iyer (admitted *pro hac vice*)
8  SUGHRUE MION, PLLC
   2100 Pennsylvania Avenue, N.W.
9  Washington, D.C. 20037
10 Telephone: 202.293.7060
   Facsimile: 202.293.7860
11 wmandir@sughrue.com
   jrabena@sughrue.com
12 cpellegrini@sughrue.com
13 cbiyer@sughrue.com

14 Attorneys for Plaintiff
   GIRAFA.COM, INC.
15

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GIRAFA.COM, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>ALEXA INTERNET, INC.; NIALL O'DRISCOLL,<br><br>  Defendants. | Case No.: 08-2745 RMW (RS)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE EXHIBITS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Date: September 5, 2008<br>Time: 9:00 a.m.<br>Dept: 6, 4th Floor<br>Judge: Honorable Ronald M. Whyte |

1  Having considered Girafa's request, and good cause appearing, it is hereby ORDERED that
2  the following documents be filed under seal:
3  (1) Exhibit C (the March 7, 2008 Declaration of Shirli Ran in Support of Plaintiff
4  Girafa.com, Inc.'s Motion for Preliminary Injunction in District of Delaware Case No. 07-787-SLR)
5  to the Declaration of Declaration of John B. Scherling in Support of Plaintiff's Oppositions to
6  Defendants' (1) Motion to Dismiss Plaintiff's Third Claim for Relief Under Fed. R. Civ. P. 12(b)(6),
7  (2) Special Motion to Strike Plaintiff's Third Claim for Relief and (3) Motion to Dismiss, Transfer
8  or Stay; and
9  (2) Exhibit L (the March 12, 2008 Declaration of Dr. Brad A. Myers in District of Delaware
10 Case No. 07-787-SLR) to the Declaration of Declaration of John B. Scherling in Support of
11 Plaintiff's Oppositions to Defendants' (1) Motion to Dismiss Plaintiff's Third Claim for Relief
12 Under Fed. R. Civ. P. 12(b)(6), (2) Special Motion to Strike Plaintiff's Third Claim for Relief and
13 (3) Motion to Dismiss, Transfer or Stay.

**IT IS SO ORDERED.**

DATED: _____

Honorable Ronald M. Whyte
United States District Judge