| | |
|---|---|
| ELIZABETH DAY, Bar No. 177125<br>elizabeth.day@dlapiper.com<br>GREGORY J. LUNDELL, Bar No. 234941<br>greg.lundell@dlapiper.com<br>DLA PIPER US LLP<br>2000 University Avenue<br>East Palo Alto, California 94303-2214<br>Tel:  650.833.2000<br>Fax:  650.833.2001<br><br>JOHN R. HURLEY, Bar No. 203641<br>john.hurley@dlapiper.com<br>DLA PIPER US LLP<br>153 Townsend Street, Suite 800<br>San Francisco, CA  94107-1957<br>Tel:  415.836.2500<br>Fax:  415.836.2501<br><br>THOMAS G. PASTERNAK, *pro hac vice*<br>thomas.pasternak@dlapiper.com<br>R. DAVID DONOGHUE, *pro hac vice*<br>david.donoghue@dlapiper.com<br>DLA PIPER US LLP<br>203 North LaSalle Street, Suite 1400<br>Chicago, IL 60601-1293<br>Tel: 312.368.4000<br>Fax: 312.236.7516<br><br>Attorneys for Defendants<br>ALEXA INTERNET, INC. and NIALL O'DRISCOLL | JOHN F, RABENA, *pro hac vice*<br>CARL J. PELLEGRINI, *pro hac vice*<br>CHANDRAN B. IYER, *pro hac vice*<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Avenue, N.W.<br>Washington , DC 20037<br>Tel: (202) 293-7060<br>Fax: (202) 293-7860<br><br>JOHN B. SCHERLING<br>jscherling@sughrue.com<br>SUGHRUE MION, PLLC<br>501 West Broadway, Suite 1600<br>San Diego , CA 92101-3595<br>Tel: 619-238-3545<br>Fax: 619-238-4931<br><br>Attorneys for Plaintiff<br>GIRAFA.COM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GIRAFA.COM, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>ALEXA INTERNET, INC.; NIALL O'DRISCOLL,<br><br>          Defendants. | CASE NO.  CV 08-02745 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE DATES** |

1  The Court is presently scheduled to hold a Case Management Conference with Niall
2  O'Driscoll and Alexa Internet, Inc. (collectively, "Alexa") and Girafa.com, Inc. ("Girafa") in the
3  above-captioned matter on September 12, 2008 at 10:30 AM.  On July 16, 2008, Alexa noticed
4  three motions for hearing on September 5, 2008 at 9:00 AM: (1) Defendants' Motion to Dismiss,
5  Transfer, or Stay (Docket No. 31); (2) Defendants' Special Motion to Strike Plaintiff's Third
6  Claim for Relief Pursuant to Cal. Code Civ. Proc. Section 425.16 (Docket No. 34); and
7  (3) Defendants' Motion to Dismiss Plaintiff's Third Claim for Relief Under Fed. R. Civ. P.
8  12(b)(6) (Docket No. 36) (collectively, "Alexa's Motions").  In order to conserve resources, and
9  for the convenience of the Court, Alexa and Girafa (the "Parties") hereby stipulate pursuant to
10 Civil Local Rule 6-2 as follows:

11  There have been no previous time modifications in the above-captioned case;

12  The Parties request that the Court vacate the hearing on Alexa's Motions presently set for
13 September 5, 2008 at 9:00 AM;

14  The Parties request that the Court hear the Parties' arguments on Alexa's Motions, to the
15 extent the Court requires argument, on September 12, 2008 along with the presently set Case
16 Management Conference.

17 Dated: August 21, 2008                    s/ Elizabeth Day
                                            M. Elizabeth Day
18                                          Attorney for Alexa Internet, Inc. and Niall O'Driscoll

19 Dated: August 21, 2008                    s/ John B. Scherling
                                            John B. Scherling
20                                          Attorney for Girafa.com, Inc.

21                                      **ORDER**

22  This Stipulation and Order is hereby adopted by the Court.  The Court vacates the noticed
23 hearing date of Alexa's Motions and will hear argument on Alexa's Motions along with the
24 presently set Case Management Conference on September 12, 2008.

25      **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

26
27 Dated: _____
                                            Hon. Ronald M. Whyte
28                                          UNITED STATES DISTRICT JUDGE

- 2 -

WEST\21496570.1                 STIPULATION AND [PROPOSED] ORDER TO CHANGE DATES
357317-000011                                                  CV 08-02745 RMW