UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Girafa.com, Inc.

        Plaintiff(s),

v.

Alexa Internet, Inc.; Niall O'Driscoll

        Defendant(s).

Case No. 08-cv-2745 RMS (RS)

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/21/08                      _____
                                                   Alexa Internet, Inc.

Dated: 8/21/08                      _____
                                                   [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05