1  ELIZABETH DAY, Bar No. 177125
   elizabeth.day@dlapiper.com
2  GREGORY J. LUNDELL, Bar No. 234941
   greg.lundell@dlapiper.com
3  DLA PIPER US LLP
   2000 University Avenue
4  East Palo Alto, California 94303-2214
   Tel: 650.833.2000
5  Fax: 650.833.2001

6  JOHN R. HURLEY, Bar No. 203641
   john.hurley@dlapiper.com
7  DLA PIPER US LLP
   153 Townsend Street, Suite 800
8  San Francisco, CA 94107-1957
   Tel: 415.836.2500
9  Fax: 415.836.2501

10 THOMAS G. PASTERNAK (pro hac vice)
   thomas.pasternak@dlapiper.com
11 R. DAVID DONOGHUE (pro hac vice)
   david.donoghue@dlapiper.com
12 DLA PIPER US LLP
   203 North LaSalle Street, Suite 1400
13 Chicago, IL 60601-1293
   Tel: 312.368.4000
14 Fax: 312.236.7516

15
   Attorneys for Defendants
16 ALEXA INTERNET, INC. and NIALL
   O'DRISCOLL

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                              SAN JOSE DIVISION

20

21 | GIRAFA.COM, INC.,               | CASE NO. CV 08-2745 RMW

22 |        Plaintiff,               | **CERTIFICATION OF INTERESTED ENTITIES AND PARTIES**

23 |   v.                            |

24 | ALEXA INTERNET, INC.; NIALL O'DRISCOLL, |

25 |        Defendants.              |

26

27

28

DLA PIPER US LLP
SAN FRANCISCO

WEST\21500537.1
357317-000011                                CERTIFICATION OF INTERESTED ENTITIES AND PARTIES
                                                                              CV 08-2745 RMW

1  Pursuant to Civil L.R. 3-16 and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies as follows:

1. Alexa Internet, Inc. is a wholly owned subsidiary of Amazon.com, Inc.  Legg Mason Capital Management, Inc. and affiliated funds own 10% or more of the stock in Amazon.com, Inc.

2. Niall O'Driscoll, an individual, is the CEO of the Alexa Internet, Inc.

3. Other than the named parties, there is no such interest to report.

Dated:  August 22, 2008                     DLA PIPER US LLP

By /s/ M. Elizabeth Day
ELIZABETH DAY
Attorneys for Defendants
ALEXA INTERNET, INC. and NIALL O'DRISCOLL

DLA PIPER US LLP
SAN FRANCISCO

WEST\21500537.1
357317-000011

1
CERTIFICATION OF INTERESTED ENTITIES AND PARTIES
CV 08-2745 RMW