1  ELIZABETH DAY, Bar No. 177125
   elizabeth.day@dlapiper.com
2  GREGORY J. LUNDELL, Bar No. 234941
   greg.lundell@dlapiper.com
3  DLA PIPER US LLP
   2000 University Avenue
4  East Palo Alto, California 94303-2214
   Tel: 650.833.2000
5  Fax: 650.833.2001

6  JOHN R. HURLEY, Bar No. 203641
   john.hurley@dlapiper.com
7  DLA PIPER US LLP
   153 Townsend Street, Suite 800
8  San Francisco, CA 94107-1957
   Tel: 415.836.2500
9  Fax: 415.836.2501

10 THOMAS G. PASTERNAK, *pro hac vice*
   thomas.pasternak@dlapiper.com
11 R. DAVID DONOGHUE, *pro hac vice*
   david.donoghue@dlapiper.com
12 DLA PIPER US LLP
   203 North LaSalle Street, Suite 1400
13 Chicago, IL 60601-1293
   Tel: 312.368.4000
14 Fax: 312.236.7516

15 Attorneys for Defendants
   ALEXA INTERNET, INC. and NIALL
16 O'DRISCOLL

JOHN F, RABENA, *pro hac vice*
CARL J. PELLEGRINI, *pro hac vice*
CHANDRAN B. IYER, *pro hac vice*
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington , DC 20037
Tel: (202) 293-7060
Fax: (202) 293-7860

JOHN B. SCHERLING
jscherling@sughrue.com
SUGHRUE MION, PLLC
501 West Broadway, Suite 1600
San Diego , CA 92101-3595
Tel: 619-238-3545
Fax: 619-238-4931

Attorneys for Plaintiff
GIRAFA.COM, INC.

*E-FILED - 8/22/08*

17
18        UNITED STATES DISTRICT COURT

19        NORTHERN DISTRICT OF CALIFORNIA

20              SAN JOSE DIVISION

21 GIRAFA.COM, INC.,                    CASE NO.  CV 08-02745 RMW

22        Plaintiff,                    **STIPULATION AND []**
                                        **ORDER TO CHANGE DATES**
23        v.

24 ALEXA INTERNET, INC.; NIALL
   O'DRISCOLL,
25
        Defendants.
26

27
28

1    The Court is presently scheduled to hold a Case Management Conference with Niall

2  O'Driscoll and Alexa Internet, Inc. (collectively, "Alexa") and Girafa.com, Inc. ("Girafa") in the

3  above-captioned matter on September 12, 2008 at 10:30 AM.  On July 16, 2008, Alexa noticed

4  three motions for hearing on September 5, 2008 at 9:00 AM: (1) Defendants' Motion to Dismiss,

5  Transfer, or Stay (Docket No. 31); (2) Defendants' Special Motion to Strike Plaintiff's Third

6  Claim for Relief Pursuant to Cal. Code Civ. Proc. Section 425.16 (Docket No. 34); and

7  (3) Defendants' Motion to Dismiss Plaintiff's Third Claim for Relief Under Fed. R. Civ. P.

8  12(b)(6) (Docket No. 36) (collectively, "Alexa's Motions").  In order to conserve resources, and

9  for the convenience of the Court, Alexa and Girafa (the "Parties") hereby stipulate pursuant to

10  Civil Local Rule 6-2 as follows:

11    There have been no previous time modifications in the above-captioned case;

12    The Parties request that the Court vacate the hearing on Alexa's Motions presently set for

13  September 5, 2008 at 9:00 AM;

14    The Parties request that the Court hear the Parties' arguments on Alexa's Motions, to the

15  extent the Court requires argument, on September 12, 2008 along with the presently set Case

16  Management Conference.

17  Dated: August 21, 2008          s/ Elizabeth Day
                                   _____
18                                 M. Elizabeth Day
                                   Attorney for Alexa Internet, Inc. and Niall O'Driscoll

19  Dated: August 21, 2008          s/ John B. Scherling
                                   _____
20                                 John B. Scherling
                                   Attorney for Girafa.com, Inc.

21                                 **ORDER**

22    This Stipulation and Order is hereby adopted by the Court.  The Court vacates the noticed

23  hearing date of Alexa's Motions and will hear argument on Alexa's Motions along with the

24  presently set Case Management Conference on September 12, 2008.

25    **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

26
    Dated: ___8/22/08_____          *Ronald M. Whyte*
27                                         _____
                                           Hon. Ronald M. Whyte
28                                         UNITED STATES DISTRICT JUDGE