**EXHIBIT B**

DLA Piper US LLP
203 North LaSalle St., Suite 1900
Chicago, IL 60601-1293
T 312-368-4000
F 312-236-7516
W www.dlapiper.com

### PRIVILEGED AND CONFIDENTIAL

Amazon.com, Inc.
Attn: Michael Deal, Corporate Counsel
1200 12th Avenue South, Suite 1200
Seattle WA 98144

August 12, 2008

T. Pasternak
Matter # 357317-000011
Invoice # 2194448

*For Professional Services Through July 31, 2008:*

*Client:*   **Amazon.com**
*Matter:*   **Girafa DJ/Unfair Competition Suit**

|                      |     |
|----------------------|-----|
| Current Fees         | $   |
| Current Disbursements| $   |
| Total This Invoice   | $   |

Please send remittance to:
DLA Piper US LLP
5266 Paysphere Circle
Chicago, IL 60674

Or wire remittance to:
LaSalle Bank N.A.
135 S.LaSalle Street
Chicago, IL 60603
Account Name:
DLA Piper US LLP
Account #: 5800244054
ABA Transit # 071000505
Swift Code: LASLUS44

Law Firm Tax Identification Number: 52-0616490

*To ensure proper credit, please indicate the invoice number you are paying on the wire*

| | | | T. Pasternak |
|---|---|---|---|
| Matter # 357317-000011 | | | Page: 2 |
| Invoice # 2194448 | | | August 12, 2008 |

**Fees:**

| **Date** | **Description** | **Timekeeper** | **Hours** | **Amount** |
|---|---|---|---|---|
| 07/10/08 | ███████████ | Pasternak, Thomas G. | ███ | ███ |
| 07/11/08 | ███████████ | Pasternak, Thomas G. | ███ | ███ |

Matter # 357317-000011  
Invoice # 2194448  

T. Pasternak  
Page: 3  
August 12, 2008  

| **Date** | **Description** | **Timekeeper** | **Hours** | **Amount** |
|---|---|---|---|---|
| 07/16/08 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | Day, Elizabeth | ▇▇▇▇ | ▇▇▇▇ |
| 07/16/08 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | Lundell, Gregory J. | ▇▇▇▇ | ▇▇▇▇ |

**Total Fees** 

Matter # 357317-000011  
Invoice # 2194448

T. Pasternak  
Page: 4  
August 12, 2008

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Day, Elizabeth | Partner | | ■ | |
| Pasternak, Thomas G. | Partner | | ■ | |
| Lundell, Gregory J. | Associate | | ■ | |
| Chamcharas, Roy | Law Clerk | | ■ | |
| Fuerst, Julia B. | Librarian | | ■ | |
| | Totals | | | |

**Disbursements:**

| Date | Description | Amount |
|---|---|---|

Case5:08-cv-02745-RMW   Document67-2   Filed10/20/08   Page6 of 7

Matter # 357317-000011                                          T. Pasternak
Invoice # 2194448                                                   Page: 5
                                                             August 12, 2008

**Date**      **Description**                                    **Amount**

                            **Total Disbursements**              _____

                            **Total Current Charges**        $_____

Matter # 357317-000011  
Invoice # 2194448

T. Pasternak

August 12, 2008

## REMITTANCE ADVICE

Current Fees $

Current Disbursements $ _____

Total This Invoice $ _____

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**
**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE**

| | | |
|---|---|---|
| Please send remittance to: | DLA Piper US LLP<br>5266 Paysphere Circle<br>Chicago, IL 60674 | |
| Or wire remittance to: | LaSalle Bank N.A.<br>135 S.LaSalle Street<br>Chicago, IL 60603<br>Account Name:<br>DLA Piper US LLP<br>Account #: 5800244054<br>ABA Transit # 071000505<br>Swift Code: LASLUS44 | *To ensure proper credit, please indicate the invoice number you are paying on the wire* |
| Law Firm Tax Identification Number: | 52-0616490 | |