**EXHIBIT D**

**DLA Piper LLP (US)**
203 North LaSalle St., Suite 1900
Chicago, IL 60601-1293
T 312-368-4000
F 312-236-7516
W www.dlapiper.com

## PRIVILEGED AND CONFIDENTIAL

Amazon.com, Inc.
Attn: Michael Deal, Corporate Counsel
1200 12th Avenue South, Suite 1200
Seattle WA 98144

October 10, 2008

T. Pasternak
Matter # 357317-000011
Invoice # 2221065

*For Professional Services Through **September 30, 2008**:*

*Client:* **Amazon.com**
*Matter:* ***Girafa DJ/Unfair Competition Suit***

| | |
|---|---|
| Current Fees | $ |
| Current Disbursements | $ |
| Total This Invoice | $ |

Please send remittance to:
DLA Piper LLP (US)
5266 Paysphere Circle
Chicago, IL 60674

Or wire remittance to:
Bank of America
135 S.LaSalle Street
Chicago, IL 60603
Account Name:
DLA Piper LLP (US)
Account #: 5800244054
ABA Transit # 071000505
Swift Code: LASLUS44

Law Firm Tax Identification Number: 52-0616490

*To ensure proper credit, please indicate the invoice number you are paying on the wire*

Matter # 357317-000011
Invoice # 2221065

T. Pasternak
Page: 2
October 10, 2008

**Fees:**

| **Date** | **Description** | **Timekeeper** | **Hours** | **Amount** |

Matter # 357317-000011  
Invoice # 2221065

T. Pasternak  
Page: 3  
October 10, 2008

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 09/11/08 | | Day, Elizabeth | | |
| 09/11/08 | | Pasternak, Thomas G. | | |
| 09/11/08 | | Hurley, John R. | | |
| 09/11/08 | | Lundell, Gregory J. | | |
| 09/12/08 | | Day, Elizabeth | | |
| 09/12/08 | | Pasternak, Thomas G. | | |
| 09/12/08 | | Hurley, John R. | | |

**Total Fees**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Day, Elizabeth | Partner | | | |
| Pasternak, Thomas G. | Partner | | | |
| Donoghue, R. David | Special Counsel | | | |
| Hurley, John R. | Associate | | | |

Matter # 357317-000011  
Invoice # 2221065

T. Pasternak  
Page: 4  
October 10, 2008

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Lundell, Gregory J. | Associate | | ■ | |
| Bohl, Nickolas J. | Associate | | ■ | |
| | Totals | | . | |

**Disbursements:**

| Date | Description | | | Amount |
|---|---|---|---|---|

Matter # 357317-000011  
Invoice # 2221065

T. Pasternak  
Page: 5  
October 10, 2008

| **Date** | **Description** | **Amount** |
|---|---|---|

Total Disbursements

Total Current Charges       $

Matter # 357317-000011  
Invoice # 2221065

T. Pasternak

October 10, 2008

# REMITTANCE ADVICE

Current Fees                                              $

Current Disbursements                                     $ _____

Total This Invoice                                        $ _____


*INVOICE IS DUE AND PAYABLE UPON RECEIPT*  
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

---

Please send remittance to:     DLA Piper LLP (US)  
                                5266 Paysphere Circle  
                                Chicago, IL 60674

Or wire remittance to:          Bank of America                *To ensure proper credit, please indicate the*
                                135 S.LaSalle Street           *invoice number you are paying on the wire*
                                Chicago, IL 60603
                                Account Name:
                                DLA Piper LLP (US)
                                Account #: 5800244054
                                ABA Transit # 071000505
                                Swift Code: LASLUS44
Law Firm Tax Identification Number:   52-0616490