| | |
|---|---|
| John B. Scherling (SBN 122234)<br>jscherling@sughrue.com<br>Scott H. Davison (SBN 228807)<br>sdavison@sughrue.com<br>SUGHRUE MION, PLLC<br>501 West Broadway, Suite 1600<br>San Diego, California 92101-3595<br>Tel:  619.238.3545<br>Fax:  619.238.4931 | Elizabeth Day (SBN 177125)<br>elizabeth.day@dlapiper.com<br>Gregory J. Lundell (SBN 234941)<br>Greg.lundell@dlapiper.com<br>DLA PIPER US LLP<br>2000 University Avenue<br>East Palo Alto, California 94303-2214<br>Tel:  650.833.2000<br>Fax:  650.833.2001 |
| William H. Mandir (*pro hac vice*)<br>wmandir@sughrue.com<br>John F. Rabena (*pro hac vice*)<br>jrabena@sughrue.com<br>Carl J. Pellegrini (*pro hac vice*)<br>cpellegrini@sughrue.com<br>Chandran B. Iyer (*pro hac vice*)<br>cbiyer@sughrue.com<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>Tel:  202.293.7060<br>Fax:  202.293.7860 | John R. Hurley (SBN 203641)<br>john.hurley@dlapiper.com<br>DLA PIPER US LLP<br>153 Townsend Street, Suite 800<br>San Francisco, California 94107-1957<br>Tel:  415.836.2500<br>Fax:  415.836.2501<br><br>Thomas G. Pasternak (*pro hac vice*)<br>thomas.pasternak@dlapiper.com<br>R. David Donoghue (*pro hac vice*)<br>david.donoghue@dlapiper.com<br>DLA PIPER US LLP<br>203 North Lasalle Street, Suite 1400<br>Chicago, Illinois 60601-1293<br>Tel:  312.368.4000<br>Fax:  312.236.7516 |
| Attorneys for Plaintiff<br>GIRAFA.COM, INC. | Attorneys for Defendant<br>ALEXA INTERNET, INC.; NIALL O'DRISCOLL, |

***E-FILED - 11/18/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GIRAFA.COM, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>ALEXA INTERNET, INC.; NIALL O'DRISCOLL,<br><br>            Defendants. | Case No.:  08-2745 RMW (RS)<br><br>**STIPULATION AND []<br>ORDER FOR ATTORNEYS FEES AND<br>COSTS PURSUANT TO CAL. CODE OF<br>CIVIL PROCEDURE § 425.16(c)** |

On October 6, 2008 the Court filed its Order Granting Defendants' Motion to Stay; Denying Defendants' Motion to Dismiss or Transfer; and Granting Motions to Dismiss and Strike Plaintiff's Third Claim.  In light of the Court granting Defendants' Motion to Strike Plaintiff's Third Claim (the "Motion to Strike"), Defendants on October 17, 2008 filed Defendants' Motion for Attorneys' Fees and Costs Pursuant to California Code of Civil Procedure Section 425.16(c) (the "Motion for Attorneys' Fees and Costs"), seeking their fees and costs for bringing the Motion to Strike and the Motion to for Attorneys' Fees and Costs.

Through undersigned counsel, Plaintiff and Defendants hereby stipulate and agree:

(1) Within fourteen days of entry of the Order on this Stipulation, Plaintiff will pay Defendants the total sum of $16,000 in full satisfaction of all attorneys' fees, costs and expenses to which Defendants are entitled pursuant to § 425.16(c) for the Motion to Strike and the Motion for Attorneys' Fees and Costs; and

(2) The Motion for Attorneys' Fees and Costs, presently scheduled for hearing on November 21, 2008 may be taken off calendar.

DATED: October 31, 2008         SUGHRUE MION, PLLC

                                By:   /s/ *John B. Scherling*
                                      John B. Scherling

                                Attorneys for Plaintiff
                                GIRAFA.COM, INC.

DATED: October 31, 2008         DLA PIPER US LLP

                                By:   /s/ *Elizabeth Day* (by consent)
                                      Elizabeth Day

                                Attorneys for Defendant
                                ALEXA INTERNET, INC.

**ECF CERTIFICATION**

Pursuant to General Order No. 45, § X.B, the filing attorney attests that the content of this document is acceptable to all persons required to sign this document.

**ORDER**

This Stipulation and Order is hereby adopted by the Court.  Defendants are awarded the total sum of $16,000 in full satisfaction of all attorneys' fees, costs and expenses to which Defendants are entitled pursuant to § 425.16(c) for the Motion to Strike and the Motion for Attorneys' Fees and Costs, with payment to be made within fourteen days of the entry of this Order.

The Court hereby vacates the hearing date of November 21, 2008 on the Motion for Attorneys' Fees and Costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/18/08

*Ronald M. Whyte*
Honorable Ronald M. Whyte
UNITED STATES DISTRICT JUDGE