| | |
|---|---|
| John B. Scherling (SBN 122234)<br>jscherling@sughrue.com<br>Scott H. Davison (SBN 228807)<br>sdavison@sughrue.com<br>SUGHRUE MION, PLLC<br>501 West Broadway, Suite 1600<br>San Diego, California 92101-3595<br>Tel: 619.238.3545<br>Fax: 619.238.4931 | Elizabeth Day (SBN 177125)<br>elizabeth.day@dlapiper.com<br>Aaron Wainscoat (SBN 218339)<br>aaron.wainscoat@dlapiper.com<br>DLA PIPER US LLP<br>2000 University Avenue<br>East Palo Alto, California 94303-2214<br>Tel: 650.833.2000<br>Fax: 650.833.2001 |
| William H. Mandir (*pro hac vice*)<br>wmandir@sughrue.com<br>John F. Rabena (*pro hac vice*)<br>jrabena@sughrue.com<br>Carl J. Pellegrini (*pro hac vice*)<br>cpellegrini@sughrue.com<br>Chandran B. Iyer (*pro hac vice*)<br>cbiyer@sughrue.com<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>Tel: 202.293.7060<br>Fax: 202.293.7860 | John R. Hurley (SBN 203641)<br>john.hurley@dlapiper.com<br>DLA PIPER US LLP<br>153 Townsend Street, Suite 800<br>San Francisco, California 94107-1957<br>Tel: 415.836.2500<br>Fax: 415.836.2501<br><br>Thomas G. Pasternak (*pro hac vice*)<br>thomas.pasternak@dlapiper.com<br>R. David Donoghue (*pro hac vice*)<br>david.donoghue@dlapiper.com<br>DLA PIPER US LLP<br>203 North Lasalle Street, Suite 1400<br>Chicago, Illinois 60601-1293<br>Tel: 312.368.4000<br>Fax: 312.236.7516 |
| Attorneys for Plaintiff<br>GIRAFA.COM, INC. | Attorneys for Defendant<br>ALEXA INTERNET, INC.; NIALL O'DRISCOLL, |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 12/4/08*

| | |
|---|---|
| GIRAFA.COM, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXA INTERNET, INC.; NIALL O'DRISCOLL,<br><br>　　　　　Defendants. | Case No.: 08-2745 RMW (RS)<br><br>**STIPULATION AND []**<br>**ORDER RE CASE MANAGEMENT**<br>**CONFERENCE** |

1   In the October 6, 2008 Order Granting Defendants' Motion to Stay; Denying Defendants'
2   Motion to Dismiss or Transfer; and Granting Motions to Dismiss and Strike Plaintiff's Third Claim,
3   the Court set a case management conference for December 12, 2008 to address the status of *Alexa*
4   *Internet, Inc. v. Girafa.com, Inc.*, No. 2:08-cv-121, the related action in the United States District
5   Court for the Eastern District of Texas in which Plaintiff's motion to transfer that action to this
6   district remains pending.

7   Other than the Court granting Defendants' motions to dismiss and strike Plaintiff's third
8   claim for relief and staying the present action pursuant the October 6, 2008 Order, no further
9   developments pertinent to a case management conference have taken place since the parties filed
10  their Joint Case Management Conference Statement and Rule 26(f) Report on September 5, 2008.

11  Accordingly, through undersigned counsel, Plaintiff and Defendant hereby stipulate and
12  request:

13  (1)   The case management conference currently scheduled for December 12, 2008 be taken
14        off calendar; and reset for February 13, 2009 @ 10:30 a.m.
15  ~~(2)   The parties will advise this Court within ten court days of the filing of a decision on~~
16  ~~Plaintiff's motion to transfer *Alexa Internet, Inc. v. Girafa.com, Inc.*, No. 2:08-cv-121 to~~
17  ~~this district, so a further case management conference can be scheduled as appropriate.~~

19  DATED: November 24, 2008          SUGHRUE MION, PLLC

                                      By:   /s/ *John B. Scherling*
                                            John B. Scherling

                                      Attorneys for Plaintiff
                                      GIRAFA.COM, INC.

24  DATED: November 24, 2008          DLA PIPER US LLP

                                      By:   /s/ *Elizabeth Day* (by consent)
                                            Elizabeth Day

                                      Attorneys for Defendant
                                      ALEXA INTERNET, INC.

-3-                    Stipulation and ~~Proposed~~ Order Re CMC
                       08-2745 RMW (RS)

**ECF CERTIFICATION**

Pursuant to General Order No. 45, § X.B, the filing attorney attests that the content of this document is acceptable to all persons required to sign this document.

**ORDER**

This Stipulation and Order is hereby adopted by the Court.  Accordingly:

(1) The case management conference currently scheduled for December 12, 2008 is vacated; and

(2) The parties shall advise this Court within ten court days of the filing of a decision on Plaintiff's motion to transfer *Alexa Internet, Inc. v. Girafa.com, Inc.*, EDTX No. 2:08-cv-121 to this district, ~~so a further case management conference can be scheduled as appropriate.~~

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
The CMC is reset for February 13, 2009 @ 10:30 a.m.  (rmw)

Dated:  12/4/08

*/s/ Ronald M. Whyte*
Honorable Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

-3- Stipulation and ~~Proposed~~ Order Re CMC
08-2745 RMW (RS)